## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **TOOTIE PIE COMPANY, INC. D/B/A** | § | **Case No. 13-51808** |
| **TOOTIE GOURMET PIE CAFÉ** | § | |
| | § | |
| **Debtor** | § | |

### DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE SALE OF COMPANY STOCK OTHER THAN IN THE ORDINARY COURSE OF BUSINESS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**DEBTOR HAS REQUESTED EMERGENCY CONSIDERATION OF THIS MOTION AND HAS REQUESTED THAT A "FIRST DAY" HEARING BE HELD ON THIS MOTION AT THE COURT'S EARLIEST CONVENIENCE. IF THE COURT IN FACT SETS THIS MOTION FOR AN EMERGENCY "FIRST DAY" HEARING, THEN ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Tootie Pie Company, Inc. ("Debtor" or "Debtor-in-Possession"), the Debtor and Debtor-in-Possession in the above captioned case, hereby files this Motion for Entry of an Order Authorizing the Debtor-in-Possession to Sell Company Stock (the "Motion") and in support of this Motion, the Debtor respectfully represents as follows:

### I.    PROCEDURAL BACKGROUND

1.    On July 3, 2013, (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Code") as a "small business" debtor.  The Debtor continues to manage and operate its financial affairs as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No creditors' committee has yet been appointed in this case by the United States Trustee.  No trustee or examiner has been requested or appointed.

2.     On July 3, 2013, the Court entered an emergency order allowing the Debtor to borrow $23,000 from insiders with such debt being granted administrative priority to fund immediate payroll and materials needs.

## II.     JURISDICTION AND VENUE

3.     This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.     FACTUAL BACKGROUND

### A.     Generally

1.     In 2005, Tootie Pie Company, Inc. was formed and purchased certain assets from Ms. Ruby Lorraine "Tootie" Feagan, including all of her pie recipes, customer lists, the right to the "Tootie Pie" name, the related baking equipment, and a building located in Medina, Texas in exchange for $50,000 in cash and the issuance of 600,000 shares of common stock valued at $150,000, with the goal of maximizing the market and profitability of her pie recipes. The Company leased a 5,000 square foot building in Boerne, Texas where it manufactures its pies for broad-based distribution. This facility also serves as the corporate headquarters.  Debtor closed the original Medina location in 2006 which allowed it to focus all production and sales efforts out of its facility in Boerne.

2.     Debtor currently has 28 full and part time employees working at its cafes and in its pie factory.  The company is cash flow positive for 6 months out of the year and 6 months of the year, the company has been generally cash flow negative due to the purchasing cycle of its products.

3.      Debtor has an outstanding secured debt to TCA Global in the amount of approximately $400,000.  The company was unable to service its debt to TCA Global during the 6 months of negative cash flow and attempts at servicing the debt caused Debtor to fall behind on lease payments.  Through increased efficiency and revised marketing, Debtor intends to reduce its overhead and increase revenues and profit margins.  Debtor's management believes that these factors combined with restructuring its debt will likely allow for a successful reorganization.

**B.      The Debt**

4.      Debtor has a secured debt in the amount of approximately $400,000 owed to TCA Global, which originated in March 2012.  Debtor likely owes TCA an additional $300,000 in "Make Whole" stock buyback agreements.  The secured nature of this additional debt is unknown.  The funds borrowed from TCA were used for working capital. While the company owns equipment, the significant value of the company is in its goodwill.

5.      Debtor has additional unsecured debt to noninsiders in the amount of approximately $300,000.

6.      At this time, the only other identified secured debts are landlord secured interests in Debtor's property in their respective café locations.

**C.      Lack of Liquidity**

7.      The retail pie industry in the US is very seasonal.  Because of this fact, revenue for Debtor's operation varies greatly throughout the year.  The Debtor generally operates at a small loss from February through June and then makes up for it from July through January. Generally, Debtor builds a large inventory of pies during the month of July and then sells the inventory to vendor and distributor Ben E. Keith ("BEK").  A majority of the inventory is sold to

Ben E. Keith in the later portion of July and throughout August and the remainder is sold in the following months.  Debtor needs to obtain immediate funding amount of $70,000 primarily to pay for the substantial materials required to build the inventory.  Next, Debtor was locked out of two stores prior to the bankruptcy filing and the costs associated with reopening those stores for 1) finding and training new employees, 2) restocking, and 3) paying the operational expenses is estimated to be $60,000.    Additionally, Debtor may need funding to pay operational expenses and costs associated with its bankruptcy.  Finally, Debtor intends to file a critical vendor motion in which Debtor is requesting to pay BEK $15,000 of its prepetition debt in exchange for an agreement to have BEK continue purchasing and distributing Debtor's pies.    The total amount of funding requested at this time is $145,000.  $70,000 is requested immediately and $75,000 in the next 21 days. Debtor's budget is attached as Exhibit "A."[1]

## D.   Outstanding Securities

8.    The Debtor has only one class if stock outstanding.  The total outstanding shares of company stock are 17,438,100 and there are 5 million outstanding warrants with no current value.  When the bankruptcy was filed on July 3, 2013, the stock was trading at 16 to 19 cents per share.  Today, the stock is trading at 4 to 6 cents per share.  As expected, the price of the stock reflects the bankruptcy filing.  There are 15 million shares authorized to be sold at this time.

## IV.    RELIEF REQUESTED

9.    Due to the potential lack of liquidity from now through fall 2013 and costs associated with reopening the two stores and costs of the Bankruptcy, the Debtor is requesting authority to sell stock to insiders Dan Gostylo and Cliff Rogers or any other persons willing and

---

[1] The budget does not include the costs associated with opening the two closed stores.

able such that Debtor can raise up to $145,000 in operating capital. Dan Gostylo and Cliff Rogers collectively own approximately 6% of the outstanding company shares.

10.     Debtor proposes to sell the stock at whatever price the stock is selling at as of close of business on July 10, 2013.

11.     The Debtor respectfully requests authorization and approval from this Court to sell the stock to raise sufficient operating capital as stated herein.

**A.     Debtor's Need for Post-petition Equity Funding**

12.     July is a critical month for Debtor. During July, Debtor builds inventory for Ben E. Keith to supply both its cafes and unrelated restaurants. The amount Debtor contends is required in immediate funding is approximately $70,000 for inventory ramp up. Over the next 21 days Debtor requires 1) $15,000 for critical vendor BEK and $60,000 for opening the closed stores. If Debtor fails to produce the inventory, it will not have sufficient inventory as it goes into the holiday season and if Debtor loses BEK as its pie distributor, Debtor would be irreparably harmed. The two closed stores in Allen and Frisco, Texas were both profitable stores and will greatly help Debtor's reorganization. Additional funding needs may be funding for other critical vendors, legal expenses and costs related to operations during inventory ramp up.

13.     Therefore, Debtor is requesting the immediate authority to obtain funding in the amount of $70,000 and after final hearing an amount of up to $145,000.

14.     The proposed funding is critical to preserving and enhancing Debtor's abilities to operate as a going concern. The alternative is for Debtor to obtain very expensive DIP funding from outsiders or reasonable funding from insiders as noted in Debtors Second Motion for Debtor in Possession Financing.

15.     Dan Gostylo and Cliff Rogers are both shareholders and directors of Debtor and it is likely that any other person willing to purchase such shares would also be current shareholders.

16.     The terms as set forth herein have been negotiated in good faith and were entered into under the parties' own free will and with complete authority.

17.     Debtor believes that the relief requested in this Application is necessary, essential and appropriate and is in the best interest of and will benefit Debtor, his creditors and the estate. Receiving this funding will, among other things, provide Debtor with the necessary liquidity to (a) minimize disruption to the Debtor's business and on-going operations; (b) preserve and maximize the value of the Debtor's estate for the benefit of all of the creditors; and (c) avoid immediate and irreparable harm to Debtor and his creditors, business and assets.

## V.      Argument and Authority

18.     Section 363(b)(1) of the Bankruptcy Code provides that, "the Trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). Courts generally have applied four factors in determining whether to approve a sale pursuant to § 363 of the Bankruptcy Code: (1) whether a valid business justification exists for the proposed transaction; (2) whether fair consideration is provided; (3) whether the transaction has been proposed in good faith; and (4) whether adequate and reasonable notice is provided. *240 North Brand Partners, Ltd. V. Colony GFP Partners, L.P.* (*In re 240 North Brand Partners, Ltd.*), 200 B.R. 653, 659 (9th Cir. B.A.P. 1996); *United States Internal Revenue Service v. Moberg Trucking, Inc.* (*In re Moberg Trucking, Inc.*), 112 B.R. 362, 364 (9th Cir. B.A.P. 1990) (dissenting) (citing the four factors in determining whether

a sale pursuant to § 363(b) should be approved).  As set forth herein, cause exists with respect to the sales encompassed within this Motion.

19.     Here, the Debtor has used its reasonable business judgment in its determination to sell company stock, which will permit the debtor to continue operating its business as a going concern, while attempting to reorganize to realize value for its creditors.  Debtors propose to sell their stock to Dan Gostylo and Cliff Rogers or any person willing to purchase it.   Such intent does not amount to bad faith and the purchase price will be according to the fair market value of such stocks.  Whosoever purchases the stock would be defined as a good faith purchaser.

20.     The alternative to the Debtor is a Chapter 7 liquidation, which will potentially leave the estate without any recovery.  For all of the above reasons, this Court should grant Debtor's Motion.

## VI.     NOTICE AND OBJECTIONS

21.     An element for the approval of a sale under § 363(b) of the Bankruptcy Code is the requirement that interested parties receive adequate and reasonable notice.  Debtors' attorney has caused a copy of this Motion to be served First Class United States Mail upon (1) the Debtor; (2) the Trustee, (3) the secured creditors of the Debtors; (4) the twenty largest unsecured creditors of the Debtors; (5) the United States Trustee; and (6) those persons who have formally appeared in this Case and requested service pursuant to Bankruptcy Rule 2002; and (7) all applicable government agencies to the extent required by the Bankruptcy Rules and the Local Rules.  The Debtor submits that no other or further notice need be provided.

## VII. SET THE MOTION FOR FINAL HEARING

22.     Bankruptcy Rule 6003 states, " Except to the extent that relief is necessary to avoid immediate and irreparable harm, the court shall not, within 21 days after filing of the

petition, grant relief regarding… a motion to use, sell, lease, … property of the estate." Here the debtor has requested interim relief and asks the Court Grant Such relief. Debtor additionally, requests the Court set a final hearing with respect to the instant motion, no earlier than twenty one days after notice has been sent to required parties. Therefore, Debtor requests the Court set a final hearing on Debtors' motion 21 days after notice has been sent to the required parties.

WHEREFORE, Debtor respectfully requests that Debtor be permitted to sell sufficient stock in the Company to immediately raise $70,000 and after final hearing raise an additional $75,000 with such stock being sold at the fair market sale price as of the close of business on July 10, 2013, to avoid irreparable harm to the company and grant Debtor such other relief as the Court finds it is justly entitled.

Dated:  July 10, 2013

Respectfully submitted,

By:___/s/ Ronald J. Smeberg_____
      RONALD J. SMEBERG
      State Bar No. 24033967

THE SMEBERG LAW FIRM, PLLC
11550 IH 10 West, Suite 180
San Antonio, Texas 78230
210-695-6684 (Tel)
281-754-4042 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 10th day of July, 2013, true and correct copies of the
foregoing motion were forwarded by email to the parties on the attached email list and by U.S.
first class mail on July 10, 2013, postage prepaid, on all parties listed on the attached Service
List.

<u>*/s/ Ronald J. Smeberg*</u>
RONALD J. SMEBERG

**Email List**

| Holland O'Neil | TCA Counsel | honeil@gardere.com |
|---|---|---|
| Richard Grasso | Ben E. Keith | rngrasso@benekeith.com |
| | | |

## SERVICE LIST

**DEBTOR**

Les Doss
129 Industrial Dr.
Boerne, TX 78006

**GOVERNMENTAL ENTITIES**

U. S. Trustee
Attn: James Rose
P.O. Box 1539
San Antonio, TX 78295

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410,
Suite 600
San Antonio, TX 78216

Attorney General of
U.S.
Main Justice Bldg., Rm
511
10th and Constitution
Ave., NW
Washington, DC 20530

Comptroller of Public
Accounts
P. O. Box 149359
Austin, TX 78714

Internal Revenue
Services
Special Procedures
Branch
300 E. 8th St. STOP
5026 AUS
Austin, TX 78701

Internal Revenue
Service
P.O. Box 7346
Philadelphia, PA 19101

SEC Headquarters
100 F Street, NE
Washington, DC 20549

**CREDITORS**

The Stewart Center, Inc.
5120 Broadway

San Antonio, TX 78209

Jim & Betty Wade
8633 Willow Wind
Boerne, TX 78015

Deerfield Crossing, Ltd.
7373 Broadway
Suite 101
San Antonio, TX 78209

Westlake Retail Limited
Partnership
504 Lavaca Street
Suite 1160
Austin, TX 78701

Arbor Walk Mall, LLC
P. O. Box 741748
Atlanta, GA 30374

Ace Mart Restaurant
Supply Co.
P.O. Box 974297
Dallas, TX 75397

Airgas
59559 Distribution
San Antonio, TX 78218

Akin, Doherty, Klein
& Feuge, P.C.
8610 N. New Braunfels
Suite 101
San Antonio, TX 78217

AmeriCold Logistics,
LLC
11850 Center Road
San Antonio, TX 78223

APAC Packaging &
Supply
104 Industrial Drive
Suite 102
Boerne, TX 78006

Atmos Energy
P. O Box 790311
Saint Louis, MO 63179

Bandera Electric
Cooperative
P. O. Box 667

Bandera, TX 78003

Bates Container
P. O. Box 1359
Von Ormy, TX 78073

Ben E. Keith Foods
Attn: Bankruptcy Dept.
5505 Kaepa Court
San Antonio, TX 78218

Beverage Solutions
10740 Hillpoint
Suite 5
San Antonio, TX 78217

Braun Beef Inc.
P. O. Box 7850
San Antonio, TX 78207

Business Wire, Inc.
Department 34182
P. O. Box 39000
San Francisco, CA
94139

Carla Carter
Cenveo
P. O. BOX 536900
Atlanta, GA 30353

City of Alamo Heights
6116 Broadway Street
San Antonio, TX 78209

City of Austin
P. O. Box 2267
Austin, TX 78783

City of Boerne
402 E. Blanco
Boerne, TX 78006

CND Signs & Printing
4700 Burleson
Unit 1
Austin, TX 78744

CPS Energy
Attn: Bankruptcy Dept.
P. O. Box 2678
San Antonio, TX 78289
Dell Financial Services
P. O. Box 81577

Austin, TX 78708

Edgar A. Weber &
Company
549 Palwaukee Drive
Wheeling, IL 60090-
6049

Federal Filings, LLC
815-A Brazos Street
Suite 502
Austin, TX 78701

FFE Transportation
Services, Inc.
P. O. Box 655888
Dallas, TX 75265

First Choice Heating
& Air Conditioning
P. O. Box 760877
San Antonio, TX 78245

Flat Iron Capital
Department 2195
1700 Lincoln Street
12th Floor
Denver, CO 80203

Flow Rite Plumbing
P. O. Box 965
Frisco, TX 75034

Forum Systems Group
6808 West Avenue
San Antonio, TX 78213

G & K Services
P. O. Box 830483
San Antonio, TX 78283

Grande Communications
500 Tittle Road
The Colony, TX 75056

GS1 US, Inc.
P. O. Box 71-3034
Columbus, OH 43271

Hart Employments
Services
220 S. Kenwood Street
Suite 320
Glendale, CA 91205

Heartland Payment
Systems
90 Nassau Street
Princeton, NJ 08542

Heye Refrigeration, Inc.
1514 E. Commerce
Street
San Antonio, TX 78205

Hill Country
Refrigeration
432 S. Lincoln Street
Fredericksburg, TX
78624

J Anthony's
Refrigeration, Inc.
20770 Hwy 281 North
Suite 108-606
San Antonio, TX 78258

Label Arts
P. O. Box 727
Kemp, TX 75143

Lentz Computer
Services
218 Morningside Drive
San Antonio, TX 78209

Lincoln
Ford Credit
P. O. Box 650575
Dallas, TX 75265

Liquid Environmental
Solutions
P. O. Box 203371
Dallas, TX 75230

Logical Control Services
2525 Tarpley Road
Suite 108
Carrollton, TX 75006

Mae Vion Meyer R.T.A.
Bandera County Tax
Office
P. O. Box 368
Bandera, TX 78003

MC2 Studios, Inc.
7970 Fredericksburg
Road
Suite 101-348
San Antonio, TX 78229

Meaders GP, LLC
5934 Royal Lane
Suite 250
Dallas, TX 75230

Mission Restaurant
Supply
Attn: Bankruptcy Dept.
P. O. Box 13010
San Antonio, TX 78213-
0010
Muzak, LLC
P. O. Box 1121
San Antonio, TX 78229

Oak Hills Pest Control,
Inc.
107 Parkway
Boerne, TX 78006

Orkin - Austin
601 N. Glenville Drive
Suite 125
Richardson, TX 75081

Pack-Mark, Inc.
1375 E. Bitters Road
San Antonio, TX 78216

PFG-Temple
P. O. Box 951641
Dallas, TX 75395

Pinnacle Propane
33200 US Hwy 281 N.
Suite 2
Bulverde, TX 78163

Pioneer Storage Trailers
51 Essex
San Antonio, TX 78210

PrecisionIR, Inc.
Lockbox 7391
P. O. Box 8500
Philadelphia, PA 19178

Rackspace Hosting
P. O. Box 730759
Dallas, TX 75373

Red Dirt Food Group
5030 N. May Avenue
Suite 101
Oklahoma City, OK
73112

Register and Transfer
Company
10 Commerce Drive
Cranford, NJ 07016

River City Waste, Inc.
11234 Blue Wing Road
San Antonio, TX 78223

San Antonio Express
News
P. O. Box 2171
San Antonio, TX 78297

Smeltzer Orchard Co.
6032 Joyfield Road
Frankfort, MI 49635

Southern Warehousing
& Distribution
P. O. Box 8100
San Antonio, TX 78208

Southwest Fire
Protection
P. O. Box 701490
San Antonio, TX 78270

TCA Fund Managment
Group
C/O Bob Press, CEO
1404 Rodman Street
Hollywood, FL 33020

Tea & Coffee America
1070 Lindbergh Drive
Beaumont, TX 77707

Texas State Comptroller
Comptroller of Public
Accounts
P. O. Box 149355
Austin, TX 78714

Tiger Sanitation
P. O. Box 200143
San Antonio, TX 78220

Time Warner Cable
P. O. Box 660545
Dallas, TX 75266

Tri-Media
20 Corporate Park Drive
Unit 103
St. Catharines, Ontario
L2S 3W2 Canada

Unifirst Corporation
3047 E. Commerce
Street
San Antonio, TX 78220-
1036

UniFirst Holdings, L.P.
3047 E. Commerce
Street
San Antonio, TX 78220

UPS
P. O. BOX 7247-0244
Philadelphia, PA 19170

Village at Allen, LP
The Village at Fairview
329 Town Place
Fairview, TX 75069-
1825

Virtual Telecom
2810 N. Flores Street
San Antonio, TX 78212

Wansley Refrigeration
Service
4111 Guadalupe
Austin, TX 78751

Waste Management
P. O. Box 660345
Dallas, TX 75266

Westex Capital, LTD
d/b/a Pico Petroleum
Products
P. O. Box 1309
Del Rio, TX 78841

**TOOTIE PIE CO**
Income Statement - Audit Budget Detail
For the Nine Months Ending March 31, 2014
Seven Cafes

| | July 2013 | August 2013 | September 2013 | October 2013 | November 2013 | December 2013 | January 2014 | February 2014 | March 2014 | Year to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | | | | | | | | | | |
| Pie Sales - Internet | $ 4,594 | $ 4,048 | $ 4,742 | $ 5,256 | $ 33,020 | $ 81,852 | $ 3,173 | $ 5,206 | $ 4,730 | $ 146,621 |
| Pie Sales-Mail/Ph Order-Boerne | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 75 | $ 349 | $ 949 |
| Pie Sales-Quarterly | $ 506 | $ 379 | $ 285 | $ 221 | $ 316 | $ 759 | $ 759 | $ 790 | $ 158 | $ 4,173 |
| Pie Sales-Half Year | $ 158 | $ 158 | $ 190 | $ 190 | $ 221 | $ 537 | $ 854 | $ 917 | $ 980 | $ 4,205 |
| Pie Sales-Year Rounder | $ 506 | $ 348 | $ 443 | $ 379 | $ 917 | $ 601 | $ 948 | $ 506 | $ 569 | $ 5,217 |
| Pie Sales - Walk-in - Boerne | $ 2,651 | $ 1,469 | $ 3,801 | $ 2,992 | $ 21,293 | $ 22,229 | $ 1,253 | $ 1,873 | $ 1,331 | $ 58,892 |
| Pie Sales - Corporate - Boerne | $ 4,648 | $ 6,085 | $ 40,329 | $ 8,092 | $ 62,980 | $ 157,936 | $ 200 | $ 1,459 | $ 1,004 | $ 282,733 |
| Sales - Huebner | $ 16,341 | $ 19,323 | $ 22,366 | $ 29,593 | $ 32,642 | $ 30,549 | $ 16,826 | $ 15,478 | $ 16,939 | $ 200,057 |
| Sales - Austin Arboretum | $ 17,847 | $ 16,220 | $ 16,847 | $ 25,488 | $ 29,456 | $ 26,573 | $ 14,845 | $ 14,549 | $ 16,737 | $ 178,561 |
| Sales - Heights | $ 19,325 | $ 15,459 | $ 16,578 | $ 26,736 | $ 28,478 | $ 27,228 | $ 14,538 | $ 14,390 | $ 15,735 | $ 178,467 |
| Sales - Fredericksburg | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Frisco | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Austin Westlake | $ 12,876 | $ 14,830 | $ 15,497 | $ 22,390 | $ 24,745 | $ 22,505 | $ 14,429 | $ 14,988 | $ 15,934 | $ 158,196 |
| Sales - Allen | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Pie Sales - Employee | $ 418 | $ 495 | $ 487 | $ 1,096 | $ 2,393 | $ 2,290 | $ 225 | $ 451 | $ 134 | $ 7,988 |
| Pie Sales - Shipping Resends | $ 401 | $ - | $ - | $ - | $ - | $ - | $ - | $ 192 | $ 159 | $ 751 |
| Pie Sales - BEK - SA | $ - | $ 93,299 | $ 64,796 | $ 89,486 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 297,581 |
| Pie Sales - BEK-FW | $ - | $ 10,149 | $ 12,770 | $ 14,632 | $ 8,177 | $ 7,240 | $ 4,000 | $ 4,000 | $ 4,000 | $ 64,968 |
| Pie Sales - BEK-Alberquerque | $ - | $ 6,353 | $ 5,176 | $ - | $ 1,241 | $ 3,615 | $ 1,250 | $ 1,250 | $ 1,250 | $ 20,135 |
| Pie Sales - BEK-Oklahoma | $ - | $ 3,710 | $ 11,752 | $ 4,324 | $ 12,293 | $ 3,447 | $ 1,250 | $ 1,250 | $ 1,250 | $ 39,276 |
| Pie Sales - BEK- Amarillo | $ - | $ 4,712 | $ 2,654 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 14,865 |
| Pie Sales - Grocery | $ - | $ - | $ - | $ 69,111 | $ 5,302 | $ 5,000 | $ - | $ - | $ - | $ 79,413 |
| Pie Sales - PFG Temple | $ - | $ 4,081 | $ 1,547 | $ 6,496 | $ 1,729 | $ 2,026 | $ - | $ - | $ - | $ 15,879 |
| Pie Sales - Cheney - Riviera | $ - | $ - | $ 2,865 | $ 2,865 | $ - | $ 3,020 | $ - | $ - | $ - | $ 8,749 |
| Pie Sales - Cheney - Ocala | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Pie Sales - MartinPref-Houston | $ - | $ 3,063 | $ 1,452 | $ 1,315 | $ 2,745 | $ 3,277 | $ 339 | $ - | $ - | $ 12,191 |
| Pie Sales - Reinhart | $ - | $ - | $ 3,095 | $ 3,095 | $ - | $ - | $ - | $ - | $ - | $ 6,189 |
| Pie Sales - Sysco-SA | $ - | $ 9,165 | $ 4,735 | $ 4,761 | $ 5,031 | $ 5,777 | $ 2,276 | $ 1,504 | $ 2,346 | $ 35,595 |
| Pie Sales - Sysco - Austin | $ - | $ 696 | $ 1,470 | $ - | $ - | $ - | $ 774 | $ 876 | $ 2,460 | $ 6,276 |
| Pie Sales - Sysco - Houston | $ - | $ 6,785 | $ 6,247 | $ 8,909 | $ 8,754 | $ 5,223 | $ 2,088 | $ 1,951 | $ 1,251 | $ 41,208 |

| | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Pie Sales - Sysco - Dallas | $ - | $ 1,255 | $ 5,003 | $ 8,626 | $ 3,689 | $ 3,198 | $ 1,913 | $ 1,805 | $ 2,061 | $ 27,550 |
| Pie Sales - Sysco - St.Louis | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 75 | $ 75 |
| Pie Sales - Sysco - Jackson | $ - | $ - | $ 3,302 | $ - | $ - | $ - | $ 1,722 | $ - | $ 1,403 | $ 6,427 |
| Pie Sales - Sysco -East Texas | $ - | $ - | $ 584 | $ 4,574 | $ - | $ 2,507 | $ 82 | $ - | $ 1,789 | $ 9,536 |
| Pie Sales - Sysco - Oklahoma | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Pie Sales - Walgreens | $ - | $ 993 | $ - | $ 779 | $ - | $ 616 | $ - | $ - | $ - | $ 2,387 |
| Pie Sales -Third Coast Produce | $ - | $ - | $ - | $ - | $ - | $ - | $ (70) | $ - | $ - | $ (70) |
| Pie Sales - End User - Direct | $ - | $ - | $ - | $ - | $ - | $ - | $ 26 | $ 48 | $ - | $ 73 |
| Pie Sales - Catalog-Wholesale | $ 95 | $ 3,300 | $ 93 | $ 98 | $ 6,982 | $ 4,692 | $ 367 | $ 291 | $ 380 | $ 16,298 |
| Merchandise Revenue | $ - | $ 58 | $ 45 | $ 15 | $ - | $ 30 | $ 30 | $ - | $ 5 | $ 183 |
| Sales Discounts - Investor | $ (40) | $ (10) | $ (10) | $ (9) | $ (64) | $ (21) | $ (8) | $ (10) | $ - | $ (172) |
| Sales Discounts - Employees | $ (260) | $ (203) | $ (213) | $ (285) | $ (909) | $ (1,057) | $ (458) | $ (176) | $ (97) | $ (3,658) |
| Sales Discounts - Corp | $ (122) | $ (267) | $ (416) | $ (259) | $ (7,402) | $ (15,822) | $ 276 | $ (42) | $ (37) | $ (24,091) |
| Sales Discounts - 2nd Pies | $ (80) | $ (113) | $ (255) | $ (1,262) | $ (2,165) | $ (2,184) | $ - | $ (50) | $ (20) | $ (6,128) |
| Sales Discounts - Promo | $ (197) | $ (110) | $ (157) | $ (139) | $ (1,772) | $ (1,325) | $ (140) | $ (582) | $ (262) | $ (4,683) |
| Sales Discounts - Merchandise | $ - | $ (20) | $ (20) | $ (10) | $ - | $ - | $ - | $ - | $ - | $ (50) |
| Sales Returns and Allowances | $ (234) | $ (50) | $ - | $ (482) | $ (339) | $ (704) | $ (1,460) | $ - | $ - | $ (3,268) |
| *Packaging Fee Income* | *$ 165* | *$ 100* | *$ 170* | *$ 160* | *$ 1,610* | *$ 400* | *$ 500* | *$ 175* | *$ 175* | *$ 3,455* |
| *Shipping Charges Reimbursed* | *$ 2,000* | *$ 2,000* | *$ 1,800* | *$ 2,500* | *$ 18,000* | *$ 35,000* | *$ 1,750* | *$ 1,250* | *$ 1,050* | *$ 65,350* |
| *Wholesale Shipping Reimb* | *$ -* | *$ -* | *$ -* | *$ -* | *$ 379* | *$ 274* | *$ 266* | *$ 854* | *$ -* | *$ 1,773* |
| Total Revenues | $ 81,672 | $ 227,835 | $ 250,126 | $ 343,057 | $ 311,067 | $ 448,612 | $ 96,147 | $ 96,518 | $ 105,088 | ######### |

Cost of Sales

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold - Boerne | $ 3,762 | $ 51,447 | $ 38,146 | $ 51,960 | $ 38,867 | $ 57,014 | $ 10,017 | $ 10,575 | $ 10,763 | $ 272,551 |
| Cost of Goods Sold - Huebner | $ 5,229 | $ 6,183 | $ 7,157 | $ 9,470 | $ 10,446 | $ 9,776 | $ 5,384 | $ 4,953 | $ 5,420 | $ 64,018 |

| | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Goods Sold - Austin Arboretum | $ 5,711 | $ 5,190 | $ 5,391 | $ 8,156 | $ 9,426 | $ 8,503 | $ 4,750 | $ 4,656 | $ 5,356 | $ 57,140 |
| Cost of Goods Sold - Heights | $ 6,184 | $ 4,947 | $ 5,305 | $ 8,555 | $ 9,113 | $ 8,713 | $ 4,652 | $ 4,605 | $ 5,035 | $ 57,109 |
| Cost of Goods Sold - Fredericksburg | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of Goods Sold - Frisco | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of Goods Sold - Austin Westlake | $ 4,120 | $ 4,746 | $ 4,959 | $ 7,165 | $ 7,918 | $ 7,202 | $ 4,617 | $ 4,796 | $ 5,099 | $ 50,623 |
| Cost of Goods Sold - Allen | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Inventory Adjustment | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of Merchandise Sold | $ - | $ 10 | $ 15 | $ 5 | $ - | $ 11 | $ 10 | $ - | $ 5 | $ 57 |
| Manufacturing - Rejects | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Manufacturing - Testing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Manufacturing Equip Expense | $ - | $ 308 | $ 58 | $ - | $ - | $ - | $ - | $ - | $ - | $ 365 |
| Raw Material Storage Expense | $ 433 | $ 356 | $ 1,006 | $ 159 | $ 159 | $ 424 | $ 435 | $ 512 | $ 512 | $ 3,996 |
| Raw Material Freight Expense | $ - | $ - | $ 3,943 | $ - | $ - | $ 3,557 | $ - | $ - | $ - | $ 7,500 |
| Cleaning Supplies - Boerne | $ 125 | $ 329 | $ 304 | $ 927 | $ 200 | $ 322 | $ 91 | $ 50 | $ - | $ 2,346 |
| Laundry and Cleaning Exp | $ 131 | $ 232 | $ 162 | $ 216 | $ 359 | $ 133 | $ 99 | $ 99 | $ 25 | $ 1,455 |
| Cooking Supplies - Boerne | $ 817 | $ 938 | $ 549 | $ 989 | $ 1,009 | $ 570 | $ 236 | $ 34 | $ - | $ 5,142 |
| Cooking Supplies - Retail | $ - | $ - | $ 98 | $ 90 | $ 2 | $ 2,533 | $ 56 | $ 363 | $ 60 | $ 3,202 |
| **Direct Manf. Labor - Boerne** | $ 6,000 | $ 6,000 | $ **13,778** | $ **18,979** | $ **17,768** | $ **12,500** | $ **3,750** | $ **3,750** | $ **3,750** | $ **86,275** |
| Consulting Ser - Manufacturing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Indirect Labor Costs-Admin | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Indirect Labor Costs-Cleaning | $ 668 | $ 693 | $ 560 | $ 893 | $ 757 | $ 556 | $ 108 | $ 201 | $ - | $ 4,435 |
| Maint - Man. Equip - Boerne | $ 42 | $ - | $ 414 | $ 10 | $ - | $ 1,057 | $ 114 | $ 824 | $ 1,747 | $ 4,209 |
| Packaging Expense - Retail | $ 1,216 | $ 932 | $ 874 | $ 2,041 | $ 777 | $ 2,209 | $ 282 | $ (17) | $ 2,243 | $ 10,557 |
| Rent - Manufacturing | $ 3,011 | $ 3,011 | $ 3,011 | $ 3,011 | $ 3,011 | $ 3,011 | $ 3,011 | $ 3,011 | $ 3,011 | $ 27,098 |
| Trash Removal - Boerne | $ 167 | $ 303 | $ 268 | $ 268 | $ 268 | $ 300 | $ 268 | $ 129 | $ 167 | $ 2,136 |
| Utilities Exp - Man.- Boerne | $ 898 | $ 957 | $ 927 | $ 973 | $ 890 | $ 899 | $ 665 | $ 656 | $ 489 | $ 7,354 |
| Utilities Exp-Manf- Water/Sewer | $ 103 | $ 118 | $ - | $ 94 | $ 127 | $ 139 | $ 86 | $ 86 | $ 87 | $ 840 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Propane Exp - Boerne | $ - | $ 321 | $ - | $ 506 | $ 81 | $ 591 | $ - | $ - | $ - | $ 1,499 |
| Pest Control Services | $ 86 | $ 86 | $ 86 | $ 86 | $ 86 | $ 86 | $ 86 | $ 86 | $ 86 | $ 770 |
| Dep - Manufacturing Equip. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Depreciation Exp - Bldg | | | | | | | | | | |
| **Total Cost of Sales** | $ 38,703 | $ 87,105 | $ 87,011 | $ 114,551 | $ 101,263 | $ 120,105 | $ 38,716 | $ 39,366 | $ 43,855 | $ 670,676 |
| **Gross Profit** | $ 42,969 | $ 140,730 | $ 163,115 | $ 228,505 | $ 209,805 | $ 328,507 | $ 57,430 | $ 57,152 | $ 61,233 | ######### |
| Expenses | | | | | | | | | | |
| Finished Inv Storage Exp - SA | $ 1,097 | $ 1,202 | $ 1,385 | $ 2,623 | $ 1,629 | $ 987 | $ 1,294 | $ 1,303 | $ 1,056 | $ 12,575 |
| Cleaning Supplies - Retail | $ 559 | $ 364 | $ 557 | $ 376 | $ 352 | $ 2,054 | $ - | $ - | $ 81 | $ 4,343 |
| Laundry and Clean- Exp - Retail | $ - | $ - | $ - | $ - | $ 29 | $ 185 | $ - | $ - | $ - | $ 215 |
| Finished Inv Storage - FW | $ 542 | $ 256 | $ 835 | $ 778 | $ 414 | $ 260 | $ 363 | $ 265 | $ 630 | $ 4,342 |
| Indirect Labor Costs- GiftWrap | $ - | $ - | $ - | $ - | $ 331 | $ 497 | $ - | $ - | $ - | $ 827 |
| **Indirect Labor Costs- Packaging** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gift Wrapping Material | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Packaging Expense - Boerne | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dep - Furniture/Fixture Retail | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Sales - Sal&Wag - Boerne** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Sales - Sal&Wag - Retail** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Stock Based Comp - Sales / Mkt | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| StockOption Comp - Sales / Mkt | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Frght/WholSlRembrs | $ 372 | $ - | $ 598 | $ 270 | $ 1,423 | $ 817 | $ 266 | $ 845 | $ - | $ 4,591 |
| Dist. Exp - Dep.WebsiteSoftwar | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Dep. Package Equip | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Critical Vendor Expense-BEK | $ 15,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,000 |
| Rent or Lease Expense-Huebner | $ 3,348 | $ 3,348 | $ 3,348 | $ 3,348 | $ 3,348 | $ 3,348 | $ 3,348 | $ 3,348 | $ 3,348 | $ 30,132 |
| Rent or Lease Expense-Austin Arboretum | $ 5,889 | $ 5,889 | $ 5,889 | $ 5,889 | $ 5,889 | $ 5,889 | $ 5,889 | $ 5,889 | $ 5,889 | $ 52,997 |
| Rent or Lease Expense-Heights | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 3,300 | $ 29,700 |
| Rent or Lease Expense-Fredericksburg | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent or Lease Expense-Frisco | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent or Lease Expense-Austin Westlake | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 31,500 |
| Rent or Lease Expense - Allen | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities Expense - Huebner | $ 987 | $ 935 | $ 962 | $ 794 | $ 621 | $ 666 | $ 752 | $ 677 | $ 800 | $ 7,194 |
| Utilities Expense - Austin Arboretum | $ 987 | $ 935 | $ 962 | $ 794 | $ 621 | $ 666 | $ 752 | $ 677 | $ 800 | $ 7,194 |
| Utilities Expense - Heights | $ 987 | $ 935 | $ 962 | $ 794 | $ 621 | $ 666 | $ 752 | $ 677 | $ 800 | $ 7,194 |
| Utilities Expense - Fredericksburg | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities Expense - Frisco | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities Expense - Austin Westlake | $ 1,312 | $ 1,312 | $ 1,312 | $ 1,374 | $ 1,374 | $ 1,452 | $ 1,312 | $ 1,312 | $ 1,312 | $ 12,071 |
| Utilities Expense - Allen | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Depreciate - Retail Selling Eq | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Lease Expense - Retail Equip | $ - | $ 249 | $ - | $ - | $ 353 | $ - | $ - | $ - | $ 251 | $ 853 |
| Store Decorations | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,000 | $ 5,000 |
| Dist. Exp - Bad Debt Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Sample Agency | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Advertising/Mkting | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Advert/Mkt Retail | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Mkting - Samples | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dist. Exp - Mkting - Resends | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Auto Exp | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - MktngPromoWholsale | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - MktProgram-SysSA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - MktProgram-SysDall | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - CorpMktProgram-BEK | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Dist. Exp - Commissions** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - ECommerce/Web Host | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Equipment | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Equipment - Retail | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Entertainment | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Shipping/Mkting | $ 842 | $ 921 | $ 765 | $ 3,140 | $ 4,621 | $ 885 | $ 471 | $ 443 | $ 760 | $ 12,848 |
| **Dist. Exp - Freight/Pk U Allow** | **$ 2,543** | **$ 959** | **$ 2,287** | **$ 3,420** | **$ 1,887** | **$ 2,023** | **$ 734** | **$ 549** | **$ 1,090** | **$ 15,489** |
| Dist. Exp - Freight/TransLocal | $ - | $ 1,000 | $ - | $ 1,000 | $ 1,000 | $ 1,000 | $ - | $ - | $ - | $ 4,000 |
| Dist. Exp - Shipping/Retail | $ 6,534 | $ 3,504 | $ 3,802 | $ 4,280 | $ 30,104 | $ 45,000 | $ 3,500 | $ 3,500 | $ 3,500 | $ 103,723 |
| Dist. Exp - Foodshow Promotion | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Lodging | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Internet | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Meals | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Foodshow Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Foodshow Other Exp | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - InhouFdServCommiss | $ 808 | $ 594 | $ 504 | $ 1,673 | $ 2,972 | $ 3,009 | $ 1,685 | $ 823 | $ 761 | $ 12,829 |
| Dist. Exp - Merchant/CC Fees | $ 1,234 | $ 1,256 | $ 1,325 | $ 1,790 | $ 5,346 | $ 15,345 | $ 2,189 | $ 2,230 | $ 2,130 | $ 32,846 |
| Dist. Exp - Merch/CC - Retail | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| Account | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dist. Exp - MktProgram-BEK-SA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - MktProgram-ChenBro | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Printing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Purchase Disc/Exp | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Rebates | $ - | $ 80 | $ 80 | $ 80 | $ 40 | $ 80 | $ 80 | $ 40 | $ 120 | $ 600 |
| Dist. Exp - Cell-Phone Exp | $ 135 | $ 135 | $ 135 | $ 135 | $ 135 | $ 135 | $ 135 | $ 135 | $ 135 | $ 1,216 |
| Dist. Exp - Storage | $ - | $ - | $ - | $ - | $ - | $ 10 | $ 2,720 | $ 9 | $ 79 | $ 2,818 |
| Dist. Exp - Travel/Parking/Tip | $ 156 | $ 263 | $ 40 | $ 640 | $ 1,056 | $ 200 | $ 148 | $ 140 | $ 223 | $ 2,867 |
| Dist. Exp -Samples - BEK-SA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - BEK-DFW | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - BEK-Albuq | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - BEK-OK | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - BEK-Amllo | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - MPF-Hou | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - PFG-Tmpl | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - Foodshows | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - HEB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - CheneyRI | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - CheneyOC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - Sysco-SA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - Sysco-RR | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - Sysco-Dal | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dist. Exp -Samples - Sysco-ATL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - Sysco-Jac | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - Sysco-ETX | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp -Samples - USFood-A | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - MktProgram-BEKAmar | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dist. Exp - Subscriptions | $ 13 | $ 142 | $ - | $ - | $ - | $ - | $ - | $ 13 | $ - | $ - |
| | | | | | | | | | | |
| Total Selling Expenses | $ 50,143 | $ 31,078 | $ 32,546 | $ 39,997 | $ 70,964 | $ 91,974 | $ 33,188 | $ 29,674 | $ 35,567 | $ 415,130 |
| | | | | | | | | | | |
| **General & Admin. Expenses** | | | | | | | | | | |
| Other Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Advertising Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Amortization Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Auto Expense | $ 498 | $ 432 | $ 563 | $ 500 | $ 574 | $ 775 | $ 407 | $ 922 | $ 737 | $ 5,409 |
| Bank Charges | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 360 |
| Cash Over and Short - Boerne | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cash Over and Short - Retail | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charitable Contributions Exp | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Board/Director Fees - Boerne | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Compliance Expense - Boerne | $ 647 | $ 682 | $ 12 | $ 12 | $ 282 | $ 428 | $ 12 | $ 276 | $ 12 | $ 2,363 |
| Computer/Network Support | $ 147 | $ 147 | $ 147 | $ 377 | $ 169 | $ 99 | $ 146 | $ 146 | $ 146 | $ 1,525 |
| Computer/Netwrk Support Retail | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 450 |
| Copying Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7 | $ - | $ 7 |
| Depreciation Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Depreciation Expense - Retail | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Dues and Subscriptions Exp | $ - | $ - | $ - | $ 280 | $ - | $ - | $ - | $ 158 | $ 136 | $ 574 |

| | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Equiptment Expense - Boerne | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 4,500 |
| Equipment Expense - Huebner | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 1,800 |
| Equipment Expense - Austin Arboretum | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 1,800 |
| Equipment Expense - Heights | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 1,800 |
| Equipment Expense - Fredericksburg | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Equipment Expense - Frisco | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Equipment Expense - Austin Westlake | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Freight Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Insurance Expense | $ 6 | $ 6 | $ 6 | $ 6 | $ 6 | $ 12 | $ 6 | $ 6 | $ 6 | $ 60 |
| Insurance Exp - Bus.Owners | $ 2,034 | $ 1,223 | $ 1,223 | $ 1,223 | $ 1,223 | $ 1,223 | $ 1,241 | $ 1,241 | $ 1,241 | $ 11,874 |
| Insurance Exp - Work.Comp. | $ 1,107 | $ 1,415 | $ 1,230 | $ 1,585 | $ 1,750 | $ 2,035 | $ 934 | $ 962 | $ 1,076 | $ 12,095 |
| Interest Expense - Boerne | $ 313 | $ 938 | $ 1,019 | $ 938 | $ 938 | $ 938 | $ - | $ - | $ - | $ 5,081 |
| *Interest Exp - TCA* | *$ 2,400* | *$ 2,400* | *$ 2,400* | *$ 2,400* | *$ 2,400* | *$ 2,400* | *$ 2,400* | *$ 2,400* | *$ 2,400* | *$ 21,600* |
| *Internet Expense -DIP LOANS* | *$ 200* | *$ 200* | *$ 200* | *$ 200* | *$ 200* | *$ 200* | *$ 200* | *$ 200* | *$ 200* | *$ 1,800* |
| *Trustee Fees* | *$ 650* | *$ 650* | *$ 650* | *$ 650* | *$ 650* | *$ 650* | *$ 650* | *$ 650* | *$ 650* | *$ 5,850* |
| Internet Expense- Retail | $ 335 | $ 335 | $ 341 | $ 310 | $ 742 | $ 504 | $ 281 | $ 267 | $ 307 | $ 3,422 |
| Investor Relations - Boerne | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Senior Management Salary/Fees* | *$ 6,600* | *$ 6,600* | *$ 8,300* | *$ 8,300* | *$ 8,300* | *$ 8,300* | *$ 8,300* | *$ 8,300* | *$ 8,300* | *$ 71,300* |
| *Legal and Professional Expense* | *$ -* | *$ -* | *$ -* | *$ 22,000* | *$ 5,000* | *$ 5,000* | *$ 5,000* | *$ 5,000* | *$ 5,000* | *$ 47,000* |
| Licenses, Fees & Permits Exp | $ 48 | $ 48 | $ 762 | $ 573 | $ 1,244 | $ 501 | $ 472 | $ 321 | $ 386 | $ 4,355 |
| Maintenance - Building/Grounds | $ 80 | $ 85 | $ 85 | $ 289 | $ 735 | $ - | $ - | $ - | $ - | $ 1,275 |
| Maintenance - Building - Retail | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 2,700 |
| Maintenance - Office Equip | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Meals and Entertainment Exp | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Office Decorations | $ - | $ - | $ - | $ - | $ - | $ - | $ 20 | $ - | $ 45 | $ 65 |
| Office Supplies Exp - Boerne | $ 842 | $ 376 | $ 193 | $ 1,473 | $ 1,201 | $ 1,813 | $ 163 | $ 226 | $ 85 | $ 6,371 |
| Office Supplies Exp - Retail | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 900 |
| Office Equipment Exp - Boerne | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Office Equipment Lease - Boerne | $ 69 | $ 69 | $ 69 | $ 69 | $ 69 | $ 69 | $ - | $ - | $ - | $ 415 |
| **Payroll - Admin Salaries** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Payroll Admin Expense** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Payroll Tax Expense** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| SUTA Expense - Texas | $ 350 | $ 357 | $ 384 | $ 464 | $ 438 | $ 989 | $ 131 | $ 91 | $ 224 | $ 3,428 |
| Penalty Expense | $ 302 | $ 331 | $ 704 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,337 |
| Pest Control Services- Retail | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 2,700 |
| Postage Expense | $ 16 | $ 50 | $ 59 | $ 163 | $ 15 | $ 53 | $ 104 | $ 65 | $ 15 | $ 540 |
| Press Release Exp | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 2,250 |
| Rent or Lease Expense | $ 753 | $ 753 | $ 753 | $ 753 | $ 753 | $ 753 | $ 753 | $ 753 | $ 753 | $ 6,775 |
| Retail Administration Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Retail Business Develop Exp** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| Tax - Property - Medina | $ - | $ - | $ - | $ - | $ - | $ 217 | $ - | $ - | $ - | $ 217 |
| Tax - Property - Boerne | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 137 | $ - | $ - | $ - | $ 886 |
| Tax - Property - Bexar | $ 107 | $ 107 | $ 107 | $ 107 | $ 107 | $ 1,160 | $ - | $ - | $ - | $ 1,693 |
| Tax - Property - Tarrant | $ 42 | $ 42 | $ 42 | $ 42 | $ 42 | $ 42 | $ - | $ - | $ - | $ 250 |
| Telephone Service - Boerne | $ 516 | $ 516 | $ 516 | $ 516 | $ 516 | $ 516 | $ 550 | $ 581 | $ 555 | $ 4,779 |
| Telephone Service - Retail | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Telephone Exp - Cell Phone | $ 100 | $ 290 | $ 130 | $ - | $ 260 | $ - | $ 340 | $ 300 | $ 100 | $ 1,520 |
| Travel Expense - Boerne | $ 275 | $ - | $ - | $ 300 | $ 829 | $ 870 | $ 362 | $ 696 | $ 2,527 | $ 5,859 |
| Transfer Agent Expenses | $ 264 | $ 254 | $ 254 | $ 414 | $ 264 | $ 289 | $ 274 | $ 254 | $ 254 | $ 2,522 |
| Utilities Expense | $ 341 | $ 368 | $ 337 | $ 317 | $ 281 | $ 295 | $ 310 | $ 275 | $ 257 | $ 2,781 |
| Total G&A Exp | $ 21,331 | $ 20,962 | $ 22,774 | $ 46,549 | $ 31,277 | $ 32,407 | $ 25,195 | $ 26,238 | $ 27,553 | $ 254,286 |
| Tax - Margin | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 150 | $ 150 | $ 1,350 | $ 2,400 |
| Total Other Income | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 150 | $ 150 | $ 1,350 | $ 2,400 |

| Cash Flow | | $ | (28,630) | $ | 88,565 | $ | 107,670 | $ | 141,834 | $ | 107,439 | $ | 204,001 | $ | (1,103) | $ | 1,091 | $ | (3,237) | $ | 617,631 |