

**IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.**

**Dated: July 17, 2013**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **TOOTIE PIE COMPANY, INC. D/B/A** | § | **Case No. 13-51808** |
| **TOOTIE GOURMET PIE CAFÉ** | § | |
| | § | |
| **Debtor** | § | |

### ORDER ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE SALE OF COMPANY STOCK OTHER THAN IN THE ORDINARY COURSE OF BUSINESS

This matter came before the Court on Tootie Pie Company, Inc.'s ("Debtor"), Motion for Entry of An Order Authorizing the Sale of Company Stock Other Than In the Ordinary Course of Business, (the "Motion"); the Court having reviewed the papers in support of the Application; the Court having heard the arguments of counsel at the hearing of this matter; and good cause appearing,

**THE COURT HEREBY FINDS AS FOLLOWS:**

1. At this time the Debtor has no ability to fund the administration of this bankruptcy, other than through the sale of company stock.

1

2. The Debtor has provided adequate and sufficient notice of the hearing on Debtor's Motion, by providing notice to: (i) the prepetition lenders; (ii) the post-petition lender, DAN GOSTYLO AND CLIFF ROGERS; (iii) the creditors identified on the list of creditors holding the 20 largest unsecured claims against the Debtor; (iv) the office of the United States Trustee; (v) all known creditors, lienholders, stakeholders, any party that has filed a notice with the Bankruptcy Court prior to this Motion being filed, and all other parties in interest. Such notice is appropriate, adequate and proper under the circumstances.

**BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

3. The Debtor is authorized to sell shares of the company stock at the fair market value of such stock shares as of close of business on July 10, 2013.

4. The Debtor may sell up to _____ number of shares at this price.

###

Submitted by:

By: /s/ Ronald J. Smeberg .
RONALD J. SMEBERG
State Bar No. 24033967
SMEBERG LAW FIRM, PLLC
11550 IH 10 West, Suite 180
San Antonio, Texas 78230
210-695-6684 (Tel)
281-754-4042 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR

2