


**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 26, 2013.**

Craig A. Gargotta

**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **TOOTIE PIE COMPANY, INC. D/B/A TOOTIE GOURMET PIE CAFÉ** | § | **Case No. 13-51808** |
| | § | |
| | § | |
| **Debtor** | § | |
| | § | |

**STIPULATION AND INTERIM AGREED ORDER RELATING TO**
**<u>DEBTOR'S REQUEST TO OBTAIN DIP FINANCING</u>**
**[Related Docket No. 18]**

This matter having come before the Court on the *Debtor's Second Motion for Entry of an Order Pursuant to 11 U.S.C. Sections 364 and 503 and Federal Rules of Bankruptcy Procedure 4001 Authorizing the Debtor-In-Possession to Incur Post-Petition Financing and Granting Lender an Unsecured Administrative Expense Claim and Request for Final Hearing* [Docket No. 18] (the "**Second DIP Motion**"), filed by Tootie Pie Company, Inc. (the "**Debtor**"). The parties hereby stipulate and agree and the Court orders as follows:

1. On July 3, 2013 (the "**Petition Date**"), the Debtor filed its voluntary petition pursuant to 11 U.S.C. §§ 101, *et seq.*

2. The Debtor is authorized to borrow, from Dan Gostylo and Cliff Rogers, up to $150,000.00 on an unsecured, nonpriority, non-administrative basis to pay ordinary and necessary operating expenses pursuant to the Budget attached hereto as **Exhibit A**. The Debtor shall be allowed to expend funds until August 1, 2013, which date can be extended by agreement of the parties or by further order of this Court.

3. The Debtor shall escrow $55,000.00 in cash for the benefit of TCA Global. The Debtor may use proceeds of the pre-petition inventory pursuant to the Budget and the terms and conditions of the *Stipulation and Interim Agreed Order Relating to Debtor's Request to Use Cash Collateral.*

4. This order does not supercede or impact the previous orders by the Court relating to the use of cash collateral and financing, including the *Interim Order Granting Debtor's Motion Pursuant 11 U.S.C. Sections 364 and 503 and Federal Rules of Bankruptcy Procedure 4001 Authorizing the Debtor-In-Possession to Incur Post-Petition Financing and Granting Lender an Unsecured Administrative Expense Claim and Request for Hearing* [Docket No. 10].

5. Notwithstanding anything herein to the contrary, the entry of this Order is without prejudice to, and does not constitute a waiver of, expressly or implicitly, and does not affect or impair: (a) TCA Global's rights under the Loan Documents, the Bankruptcy Code, or under applicable law; (b) TCA Global's rights to seek any other or supplemental relief in respect of the Debtor; including, without limitation, the right to (i) request modification of the automatic stay imposed by Bankruptcy Code § 362, (ii) request dismissal of any of this chapter 11 case, conversion of this chapter 11 case to a case under chapter 7, or appointment of a chapter 11

trustee or examiner, (iii) propose, subject to the provisions of Bankruptcy Code § 1121, a chapter 11 plan, (iv) object to the application or motion by any estate professional for the payment of fees and expenses, including, without limitation, in connection with any "carve out" approved in this case; and (v) any other rights, claims, or privileges (whether legal, equitable or otherwise) of TCA Global; (c) TCA Global's rights against any co-obligor on the Loan Documents; (d) TCA Global's rights to challenge or object to any claim or administrative expenses asserted against the Debtor or the Estate, including the right to seek recharacterization or subordination of any such claim or administrative expense, and (e) TCA Global's rights to assert that all the property alleged by the Debtor to be "estate property" under Bankruptcy Code § 541 is not "estate property" but instead TCA Global's sole and exclusive property in which the Debtor has no interest. All such rights are hereby expressly preserved.

6. A hearing is scheduled for August 1, 2013, at 1:30 to consider the motions on an additional interim basis.

### END OF ORDER ###

Stipulated and agreed to by:

*/s/ Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
SMEBERG LAW FIRM, PLLC
11550 IH 10 West, Suite 180
San Antonio, Texas 78230
210-695-6684 (Tel)
281-754-4042 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTOR

and

*/s/ Virgil Ochoa*
Holland Neff O'Neil (TX 14864700)
Virgil Ochoa (TX 24070358)
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@gardere.com
vochoa@gardere.com

**COUNSEL FOR TCA GLOBAL CREDIT MASTER FUND, LP**

*/s/ James Rose*
James Rose (TX (TX 17251900)
615 E. Houston Street, Suite 533
San Antonio, Texas 78205
Phone (210) 472-4640
Facsimile: (210) 472-4649

**OFFICE OF THE UNITED STATES TRUSTEE**

# EXHIBIT A

TOOTIE PIE CO
14 Day Budget Detail
For the period 07/23/2013 to 08/05/2013
Four Cafes

| | | |
|---|---|---|
| Cost of Sales | | |
| **Cost of Goods Sold - Boerne** | **$** | **2,975** |
| **Direct Manf. Labor - Boerne** | **$** | **4,875** |
| | | |
| Cost of Goods Sold - Huebner | $ | 2,016 |
| Cost of Goods Sold - Austin Arboretum | $ | 1,896 |
| Cost of Goods Sold - Heights | $ | 1,748 |
| | | |
| Cost of Goods Sold - Austin Westlake | $ | - |
| Cost of Goods Sold - Frisco | $ | - |
| Cost of Goods Sold - Allen | $ | - |
| | | |
| Raw Material Storage Expense | $ | - |
| Cleaning Supplies - Boerne | $ | - |
| Laundry and Cleaning Exp | $ | 131 |
| | | |
| Consulting Ser - Manufacturing | $ | - |
| Indirect Labor Costs-Admin | $ | - |
| Indirect Labor Costs-Cleaning | $ | - |
| Maint - Man. Equip - Boerne | $ | - |
| Packaging Expense - Retail | $ | - |
| **Rent - Manufacturing** | **$** | **3,011** |
| Trash Removal - Boerne | $ | 167 |
| Utilities Exp - Man.- Boerne | $ | 898 |
| Utilities Exp-Manf-Water/Sewer | $ | 103 |
| Propane Exp - Boerne | $ | - |
| Pest Control Services | $ | 86 |
| Dep - Manufacturing Equip. | $ | - |
| Depreciation Exp - Bldg | $ | - |
| | | |
| ***Product to be sold or manufactured*** | ***$*** | ***17,906*** |

| Expenses | | |
|---|---|---|
| Finished Inv Storage Exp - SA | $ | 379 |
| Cleaning Supplies - Retail | $ | 259 |
| Finished Inv Storage - FW | $ | 250 |
| | | |
| Rent or Lease Expense-Huebner | $ | 3,348 |
| Rent or Lease Expense-Austin Arboretum | $ | 5,889 |
| Rent or Lease Expense- Heights | $ | - |
| | | |
| **Rent or Lease Expense-Austin Westlake** | **$** | **-** |
| **Rent or Lease Expense-Frisco** | **$** | **-** |
| **Rent or Lease Expense - Allen** | **$** | **-** |
| | | |
| Utilities Expense - Huebner | $ | 1,125 |
| Utilities Expense - Austin Arboretum | $ | 978 |
| Utilities Expense - Heights | $ | 1,015 |
| | | |
| Utilities Expense - Austin Westlake | $ | - |
| Utilities Expense - Frisco | $ | - |
| Utilities Expense - Allen | $ | - |
| | | |
| Dist. Exp - Shipping/Mkting | $ | - |
| **Dist. Exp - Freight/Pk U Allow** | **$** | **-** |
| Dist. Exp - Freight/TransLocal | $ | - |
| ***Dist. Exp - BEK Deposit*** | ***$*** | ***-*** |
| Dist. Exp - Merchant/CC Fees | $ | 1,234 |
| Dist. Exp - Cell-Phone Exp | $ | - |
| Dist. Exp - Travel/Parking/Tip | $ | - |
| | | |
| General Facilities Expenses | $ | 14,477 |

| General & Admin. Expenses | | |
|---|---|---|
| Auto Expense | $ | 495 |
| Bank Charges | $ | 75 |
| Compliance Expense - Boerne | $ | 647 |
| Computer/Network Support | $ | 147 |
| Computer/Netwrk Support Retail | $ | 50 |
| Copying Expense | $ | 95 |
| Equiptment Expense - Boerne | $ | 275 |
| Equipment Expense - Huebner | $ | - |
| Equipment Expense - Austin Arboretum | $ | - |
| Equipment Expense - Heights | $ | - |
| Equipment Expense - Austin Westlake | $ | - |
| Equipment Expense - Frisco | $ | - |
| Equipment Expense - Allen | $ | - |
| Freight Expense | $ | - |
| Insurance Expense | $ | 6 |
| Insurance Exp - Bus.Owners | $ | 575 |
| Insurance Exp - Work.Comp. | $ | 288 |
| Interest Expense - Boerne | $ | - |
| ***Interest Exp - TCA*** | ***$*** | ***-*** |
| ***Internet Expense -DIP LOANS*** | ***$*** | ***-*** |
| ***Trustee Fees*** | ***$*** | ***-*** |
| Internet Expense- Retail | $ | - |
| Licenses, Fees & Permits Exp | $ | - |
| Maintenance - Building/Grounds | $ | 80 |
| Maintenance - Building -Retail | $ | 300 |
| Office Supplies Exp - Boerne | $ | 450 |
| Office Supplies Exp - Retail | $ | 100 |
| Office Equipment Lease -Boerne | $ | 69 |
| **Payroll - Four Stores two weeks** | **$** | **14,875** |
| **Payroll Boerne Expense** | **$** | **8,042** |
| Pest Control Services- Retail | $ | 300 |
| Postage Expense | $ | 16 |
| Rent or Lease Expense | $ | 753 |
| Telephone Service - Boerne | $ | 516 |
| Telephone Service - Retail | $ | 285 |
| Telephone Exp - Cell Phone | $ | 100 |
| Travel Expense - Boerne | $ | 264 |
| Utilities Expense - Boerne | $ | 341 |
| Total G&A Exp | $ | 29,144 |
| Total Cash Flow Needs | $ | 61,527 |
| Tax - Margin | $ | 125 |
| Total Other Income | $ | 61,652 |

**Summary:**

**Replace sales of pies for two weeks 480 pies**
**Include labor and all materials $ 7,850**

| | | |
|---|---|---|
| **Includes a $0k deposit for BEK** | **$** | **7,850** |
| **Includes replacement food items and services from BEK/Sysco/Restaurant supplies** | **$** | **5,660** |
| **Includes rent and utilities four locations Frisco, Westlake and Allen not included (Heights paid July 10)** | **$** | **16,453** |
| **General G&A including Payroll** | **$** | **29,144** |
| **Utility Deposits** | **$** | **7,147** |
| **Total Cash required for two weeks** | **$** | **66,254** |