IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TOOTIE PIE COMPANY, INC. D/B/A | § | Case No. 13-51808 |
| TOOTIE GOURMET PIE CAFÉ | § | |
| | § | |
| Debtor | § | |

## DEBTOR'S AMENDED WITNESS AND EXHIBIT LIST

**TO THE HONORABLE JUDGE OF SAID COURT:**

Tootie Pie Company Inc. ("Debtor"), hereby submits this Amended Debtor's Witness and Exhibit List.

Debtor adopts all other exhibits and witness lists submitted by all other parties as its own by reference, reserving his right to object to any of those exhibits.

Also, Debtor designates the following exhibits and witnesses for use by Debtor:

## EXHIBIT LIST

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1a. | Debtor's Nine Month Budget with Franchises | | | | |
| 1b. | Debtor's Nine Month Budget without Franchises | | | | |
| 2. | Debtor's Schedule B | | | | |
| 3. | Debtor's Assets without Inventory Revised to Reflect FMV of Assets | | | | |
| 4. | Debtor's Financials 4th Quarter 2012 | | | | |
| 5. | Debtor's Schedules D, E, F, and G | | | | |
| 6a. | Debtor's Inventories Boerne | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6b. | Debtor's Inventories Cafes | | | | |
| 7. | Bank Ledger Showing Bank Account as of Date of Filing | | | | |
| 8. | Debtor Financial Status Documents | | | | |

## WITNESS LIST

1. Les Doss representative of Debtor;

2. Bobbie Keese, manager of operations for Debtor who will testify regarding the funds required for continued Debtor Operations;

3. Any witness listed by any other party; and

4. Any witnesses used for rebuttal.

Dated: July 31, 2013

                                 Respectfully submitted,

                                 /s/ Ronald J. Smeberg

                                 SMEBERG LAW FIRM, PLLC
                                 Ronald J. Smeberg
                                 State Bar No. 24033967
                                 11550 IH 10 West, Suite 180
                                 San Antonio, Texas 78230
                                 210-695-6684 (Tel)
                                 281-754-4042 (Fax)
                                 ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of July, 2013, true and correct copies of the foregoing were served by U.S. first class mail, postage prepaid, or electronically on all the following parties

U. S. Trustee
Attn: James Rose
P.O. Box 1539
San Antonio, TX 78295

Holland O'Neil
Gardere Wynne Sewell LLP
1601 Elm St., Suite 3000

Dallas, TX 75201

Elizabeth Weller
LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
2323 Bryan Street, Ste 1600
DALLAS, TX 75201

David Aelveolt
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 Navarro Ste 300
SAN ANTONIO, TX 78205

                                        */s/ Ronald J. Smeberg*
                                        RONALD J. SMEBERG